## DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### FOURTH DISTRICT

**NISA BROWN** and **DAVID BROWN,**
Appellants,

v.

**TOWN T, LLC,** a Florida corporation; **TOWN E, LLC,** a Florida corporation; **KARL CORPORATION,** a Florida corporation; **TAMCARE SERVICES, INC.,** a Florida corporation; and **CAMERON CUSTOM LANDSCAPES, LLC,** a Florida Limited Liability Company,
Appellees.

No. 4D19-2065

[April 16, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 50-2016-CA-010438-XXXX-MB.

Julie H. Littky-Rubin of Clark, Fountain, La Vista, Prather, Keen & Littky-Rubin, LLP, West Palm Beach; and David M. Gaspari, of the Law Office of David M. Gaspari, P.A., Jupiter, for appellants.

Hinda Klein of Conroy Simberg, Hollywood, for appellees Town T, LLC; Town E, LLC; and Karl Corporation.

Laurie Primus of Sellars, Marion & Bachi, P.A., West Palm Beach, for appellee Cameron Custom Landscapes, LLC.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN, J., and BOKOR, ALEXANDER, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***